```
 1  DEBRA WONG YANG
    United States Attorney
 2  THOMAS P. O'BRIEN
    Assistant United States Attorney
 3  Chief, Criminal Division
    JUDITH A. HEINZ (Cal. Bar No. 176264)
 4  Assistant United States Attorney
    Organized Crime and Terrorism Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-0698
 7       Facsimile: (213) 894-3713
         E-Mail: Judith.Heinz@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```



_X_ Priority
_X_ Send
___ Clsd
___ Enter
___ JS-5/JS-6
_X_ JS-2/JS-3

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) CR No. 04-1357-GHK |
|---|---|
| Plaintiff, | ) **DISMISSAL AND ORDER** |
| v. | ) |
| CHRISTOPHER CHARLES CESKA, | ) |
| Defendant. | ) |



Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

cc: pre-trial
    USM
    USPO



States Attorney for the Central District of California hereby moves to <u>dismiss the above-referenced case with prejudice</u>

DATED: September __, 2006        Respectfully submitted,

DEBRA WONG YANG
United States Attorney

THOMAS P. O'BRIEN
Assistant United States Attorney
Chief, Criminal Division

_____
JUDITH A. HEINZ
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IT IS SO ORDERED:

This 20th day of Sep, 2006.

_____
HONORABLE GEORGE H. KING
UNITED STATES DISTRICT JUDGE

2

## CERTIFICATE OF SERVICE

I, **CAREY P. CRONIN**, declare:

That I am a citizen of the United States and resident or employed in Los Angeles County, California; that my business address is the Office of the United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California, 90012; that I am over the age of eighteen years, and am not a party to the above-entitled action; That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction I served a copy of:

### DISMISSAL AND ORDER

[] Placed in a closed envelope, for collection and interoffice delivery addressed as follows:

[X] Placed in a sealed envelope, for collection and mailing via United States Mail, addressed as follows:

[ ] By hand deliver addressed as follows:

[] By facsimile as follows:

[ ] By messenger as follows:

[] By federal express as follows:

**Eric Chase/Summer McKeivier**
**The Chase Law Group, P.C.**
**4181 Sunswept Drive., Suite 100**
**Studio city, CA 91604**

This Certificate is executed on **September 19, 2006** at Los Angeles, California

I certify under penalty of perjury that the foregoing is true and correct

_____
**CAREY P . CRONIN**

# NOTICE PARTY SERVICE LIST

Case No. **CR 04-1357 GHK**    Case Title **U. S. A. vs CHRISTOPHER CHARLES CESKA**

Title of Document **DISMISSAL AND ORDER**

|   | |
|---|---|
|   | Atty Sttlmnt Officer Panel Coordinator |
|   | BAP (Bankruptcy Appellate Panel) |
|   | Beck, Michael J (Clerk, MDL Panel) |
|   | BOP (Bureau of Prisons) |
|   | CA St Pub Defender (Calif. State PD) |
|   | CAAG (California Attorney General's Office - Keith H. Borjon, L.A. Death Penalty Coordinator) |
|   | Case Asgmt Admin (Case Assignment Administrator) |
|   | Catterson, Cathy (9th Circuit Court of Appeal) |
|   | Chief Deputy Admin |
|   | Chief Deputy Ops |
|   | Clerk of Court |
|   | Death Penalty H/C (Law Clerks) |
|   | Dep In Chg E Div |
|   | Dep In Chg So Div |
|   | Federal Public Defender |
| ✓ | Fiscal Section |
|   | Intake Section, Criminal LA |
|   | Intake Section, Criminal SA |
|   | Intake Supervisor, Civil |
|   | Interpreter Section |
|   | PIA Clerk - Los Angeles (PIALA) |
|   | PIA Clerk - Riverside (PIAED) |
|   | PIA Clerk - Santa Ana (PIASA) |
| ✓ | PSA - Los Angeles (PSALA) |
|   | PSA - Riverside (PSAED) |
|   | PSA - Santa Ana (PSASA) |
|   | Schnack, Randall (CJA Supervising Attorney) |

|   | |
|---|---|
|   | Statistics Clerk |
|   | US Attorneys Office - Civil Division -L.A. |
|   | US Attorneys Office - Civil Division - S.A. |
|   | US Attorneys Office - Criminal Division -L.A. |
|   | US Attorneys Office - Criminal Division -S.A. |
|   | US Bankruptcy Court |
| ✓ | US Marshal Service - Los Angeles (USMLA) |
|   | US Marshal Service - Riverside (USMED) |
|   | US Marshal Service -Santa Ana (USMSA) |
| ✓ | US Probation Office (USPO) |
|   | US Trustee's Office |
|   | Warden, San Quentin State Prison, CA |

**ADD NEW NOTICE PARTY**
(if sending by fax, mailing address must also be provided)

Name:

Firm.

Address (include suite or floor):

*E-mail:

*Fax No.:

* For CIVIL cases only

**JUDGE / MAGISTRATE JUDGE (list below):**

Initials of Deputy Clerk